UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELYN KELLY,

       Plaintiff,

v.

       Case No. 04-72865
       Hon. Gerald E. Rosen
       Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 30, 2006

PRESENT: Honorable Gerald E. Rosen
                 United States District Judge

On June 27, 2005, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Evelyn Kelly's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R.

Having reviewed the R & R, the parties' underlying cross-motions, and the administrative record, the Court concurs in the Magistrate Judge's thorough analysis, and adopts the R & R in its entirety. As observed by the Magistrate Judge, while there is no denying that Plaintiff suffers from significant impairments, the Administrative Law

Judge's decision to deny benefits nonetheless satisfies the standard of review that governs this Court's scrutiny of that decision.  Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's June 27, 2005 Report and Recommendation is ADOPTED as the ruling of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Defendant's motion for summary judgment is GRANTED, and that Plaintiff's motion for summary judgment is DENIED.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated:  March 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2006, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager